UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICOPYRIGHT, INC.,

                Plaintiff,

-against-

THE ASSOCIATED PRESS and
PRESS ASSOCIATION, INC.,

                Defendants.

Civil Action No. _____

**SEALING ORDER**

10 CV 8860

      Upon consideration of the application of plaintiff iCopyright, Inc. ("Plaintiff" or "iCopyright") for entry of an order pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure authorizing the filing under seal the Complaint and Exhibit A in the above captioned civil action (the "Action"); and upon consideration of the Declaration of Andrew Elston in support of iCopyright's application to file under seal dated November 22, 2010; and it appearing that no other notice need be provided at this time; the Court having reviewed iCopyright's application and all supporting papers; and having determined that the legal and factual bases set forth in iCopyright's application establish just cause for the relief granted herein; and upon due deliberation and sufficient cause appearing therefore; it is herby

      ORDERED that the iCopyright's application is granted as set forth herein; and it is further

      ORDERED that the Complaint and Exhibit A in this Action be filed under seal, subject to further order of the Court; and it is further

      ORDERED that redacted versions of the Complaint and Exhibit A in this Action will be filed with the clerk of this Court and placed in the public record; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Order is without prejudice to the rights of any party in interest or this Court to seek to declassify and make public any portion of the material filed under seal.

Dated:   New York, New York
         November 22, 2010

_____
Victor Marrero
United States District Judge
PART 2